IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FRANK STRICKLIN, MYRNA TATE,
PHILIP WILLIAMS AND
SHARON WILLIAMS                                                                                   PLAINTIFFS

V.                                                             CIVIL CAUSE NUMBER: 3:02CV1298BN

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY
AND JOHN DOES 1-4                                                                               DEFENDANTS

## ORDER OF DISMISSAL

This cause having come before the Court upon the motion *ore tenus* of the plaintiffs and the defendant requesting a dismissal with prejudice, and the Court having been advised in the premises, and having been further advised that the parties have reached an amicable compromise agreement, finds that the motion is well taken and that the same should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the plaintiffs' action against the defendant, Metropolitan Property and Casualty Insurance Company, is hereby dismissed with prejudice, with the parties to bear their own costs.

SO ORDERED, this the 6th day of February, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

s/Robert R. Stephenson
ROBERT R. STEPHENSON
Attorney for Metropolitan Property
and Casualty Insurance Company

s/Heber S. Simmons, III
HEBER S. SIMMONS, III
Attorney for Plaintiffs